# MELVYN K. ROTH
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 683-8400

TELECOPIER
(516) 683-8410

April 15, 2016

**Via ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>USA v. Samantha Boubert</u>
S2 15-CR-627(ER)

Dear Judge Ramos:

I represent Samantha Boubert in the above captioned matter. At Ms. Boubert's arraignment, the Magistrate Judge restricted Ms. Boubert's travel to the Southern and Eastern Districts of New York and also to Florida, up until April, 2016. I am respectfully requesting that Ms. Boubert be allowed to travel to the State of Florida through April 29, 2016.

Both Pre-Trial Services Office Erin Cunningham and Assistant U.S. Attorney Jaimie Nawaday have no objection to this request.

Thank you for your consideration.

Very Truly Yours,

MELVYN K. ROTH

cc: Erin Cunningham
Pre-Trial Services Officer

Jaimie Nawaday
Assistant United States Attorney